UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL STRAUSS; THE WESTWIND GROUP HOLDINGS, INC.; and WESTWIND MANAGEMENT COMPANY<br><br>Plaintiffs,<br><br>v.<br><br>SHEFFIELD INSURANCE CORPORATION; AXIS SURPLUS INSURANCE COMPANY; LUMBERMEN'S MUTUAL CASUALTY COMPANY; and LOCKTON INSURANCE BROKERS OF SAN DIEGO, INC.<br><br>Defendants. | Civil No.   05cv1310-H (CAB)<br><br>**ORDER SCHEDULING SETTLEMENT DISPOSITION CONFERENCE** |

On September 18, 2006, Plaintiffs' counsel filed a Notice of Settlement with the Court, indicating that the case has settled as to Defendants Lumbermen's Mutual Casualty Company ("Lumbermen's") and Lockton Insurance Brokers of San Diego, Inc. ("Lockton"). [Doc. No. 165.] Accordingly, **IT IS HEREBY ORDERED**:

1. A Stipulation for Dismissal as to Defendants Lumbermen's and Lockton shall be submitted to the Honorable Marilyn L. Huff on or before **November 2, 2006**. A courtesy copy shall be delivered to the chambers of the Honorable Cathy Ann Bencivengo.

2. If a Stipulation for Dismissal is not submitted on or before November 2, 2006, then a Settlement Disposition Conference shall be held on **November 3, 2006**, at **9:30**

**a.m.** before Judge Bencivengo. The conference shall be <u>telephonic</u>, with <u>attorneys only</u>. Counsel for Plaintiffs shall initiate and coordinate the conference call.

3. If a Stipulation for Dismissal is received on or before November 2, 2006, the Settlement Disposition Conference shall be VACATED without further court order.

DATED: September 20, 2006

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge