# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL STRAUSS, et al.,<br><br>                     Plaintiff,<br>vs.<br><br>SHEFFIELD INSURANCE CORP., et al.,<br><br>                    Defendant. | CASE NO. 05CV1310-H (LSP)<br><br>**ORDER DENYING LOCKTON'S MOTION FOR SEVERANCE OR SEPARATE TRIALS WITHOUT PREJUDICE AS MOOT** |

On August 22, 2006, Defendant Lockton Insurance Corp. ("Lockton") filed a motion for severance or separate trials. (Doc. No. 120.) On September 18, 2006, the Court received Plaintiffs' notice of settlement between Plaintiffs and Defendants Lumbermens Mutual Casualty Company and Lockton. (Doc. No. 165.) Therefore, the Court **DENIES** Lockton's motion for severance or separate trials without prejudice as moot.

IT IS SO ORDERED.

DATED: September 22, 2006

                                                            MARILYN L. HUFF, District Judge
                                                            UNITED STATES DISTRICT COURT

COPIES TO:

Shannon Peterson
Sheppard Mullin Richter & Hampton
501 West Broadway, 19th Floor
San Diego, CA 92101

Bryan M. Weiss
Murchison & Cumming
801 S. Grand Avenue, 9th Floor
Los Angeles, CA 90017

Mark Aronson
Anderson, McPharlin & Conners, LLP
444 South Flower Street, 31st Floor
Los Angeles, CA 90071-2901

Matthew Clarke & Toby Noblin
Cappello & Noel, LLP
831 State Street
Santa Barbara, CA 93101