# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL STRAUSS,<br><br>                    Plaintiff,<br>  vs.<br>SHEFFIELD INSURANCE CORP., et al.,<br><br>                   Defendant. | CASE NO. 05CV1310-H (LSP)<br><br>**ORDER SETTING DATES** |

On September 18, 2006, Plaintiffs submitted a notice of settlement between Plaintiffs and Defendants Lockton Companies, Inc. ("Lockton") and Lumbermens Mutual Casualty Company (Lumbermens). (Doc. No. 165.) The Court granted Defendant Lumbermens application for good faith settlement and terminated the case against Lumbermens on September 21, 2006. (Doc. No. 170.) The Court has not received a final notice of settlement and dismissal as to Lockton and on October 23, 2006, the Court held a telephonic hearing on the matter. Matthew Clark appeared for Plaintiffs and Shannon Peterson appeared for Lockton. As discussed at the hearing, the Court rescheduled the trial date for **December 5, 2006 at 9:00 a.m. in Courtroom 13** and set a pretrial status conference for **December 4, 2006 at 10:30 a.m. in Courtroom 13.**

/ / / /

/ / / /

1  The Court will vacate the dates set for the trial and pretrial status conference upon
2  receipt of the final notice of dismissal.
3      IT IS SO ORDERED.
4  DATED: October 23, 2006

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

22  COPIES TO:
23  Shannon Peterson
Sheppard Mullin Richter & Hampton
24  501 West Broadway, 19th Floor
San Diego, CA  92101

25  Matthew Clarke & Toby Noblin
Cappello & Noel, LLP
26  831 State Street
Santa Barbara, CA  93101