FILED

2006 OCT 24 AM 8:37

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL STRAUSS, et al., <br><br> Plaintiff, <br> vs. <br><br> SHEFFIELD INSURANCE CORP., et al., <br><br> Defendant. | CASE NO. 05CV1310-H (LSP) <br><br> **ORDER GRANTING DEFENDANTS AXIS AND SHEFFIELD'S MOTION FOR SUMMARY JUDGMENT** |

This action was removed from state court on June 28, 2005. (Doc. No. 1.) On August 28, 2006, Defendants Sheffield Insurance Corp. ("Sheffield") and Axis Surplus Insurance Company ("Axis") filed a motion for summary judgment or partial summary judgment on Plaintiffs' claims for breach of contract regarding the duty to defend the New York action, breach of the covenant of good faith and fair dealing, and unfair business practices under California Business and Professions Code § 17200, et seq. (Doc. No. 134.) Plaintiffs filed a notice of non-opposition on September 11, 2006. (Doc. No. 161.)

/ / / /

/ / / /

/ / / /

/ / / /

1  Accordingly, the Court **GRANTS** Defendants Axis and Sheffield's motion for
2  summary judgment for the reasons stated in the motion and terminates the case against
3  them.

4  IT IS SO ORDERED.
5  DATED: 10/23/06

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

COPIES TO:

Shannon Peterson
Sheppard Mullin Richter & Hampton
501 West Broadway, 19th Floor
San Diego, CA 92101

Bryan M. Weiss
Murchison & Cumming
801 S. Grand Avenue, 9th Floor
Los Angeles, CA 90017

Mark Aronson
Anderson, McPharlin & Conners, LLP
444 South Flower Street, 31st Floor
Los Angeles, CA 90071-2901

Matthew Clarke & Toby Noblin
Cappello & Noel, LLP
831 State Street
Santa Barbara, CA 93101