1 | A. Barry Cappello, Bar No. 037835
Matthew M. Clarke, Bar No. 184959
2 | Dugan P. Kelley, Bar No. 207347
CAPPELLO & NOEL LLP
3 | 831 State Street
Santa Barbara, California 93101
4 | Telephone: (805) 564-2444
Facsimile:   (805) 965-5950
5 | mclarke@cappellonoel.com

6 | Attorneys for Michael Strauss,
The Westwind Group Holdings, Inc.
7 | and Westwind Management Company

FILED

06 NOV -7 AM 11: 05

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ⟨signature⟩                    DEPUTY

8 | **UNITED STATES DISTRICT COURT**

9 | **FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

10

11 | MICHAEL STRAUSS, an individual,
THE WESTWIND GROUP
12 | HOLDINGS, INC., a Delaware
Corporation; WESTWIND
13 | MANAGEMENT COMPANY, a
Wyoming Corporation
14 |
15 |        Plaintiffs,
16 |     v.
17 | SHEFFIELD INSURANCE
CORPORATION, an Illinois
18 | Corporation; AXIS SURPLUS
INSURANCE COMPANY, an Illinois
19 | Corporation, LUMBERMEN'S
MUTUAL CASUALTY COMPANY,
20 | an Illinois Corporation; LOCKTON
INSURANCE BROKERS OF SAN
21 | DIEGO, INC., a California Corporation,
22 |        Defendants.

) Case No. 05 CV 1310 H (CAB)
)
) **STIPULATION FOR DISMISSAL**
) **PURSUANT TO F.R.C.P. RULE**
) **41(a); ORDER THEREON**
)
) Discovery Cut-Off:        10/6/06
) Final Pretrial Conf.      12/4/06
) Trial:                    12/5/06
)
)
) The Honorable Marilyn L. Huff
)
) Action Filed:     April 14, 2005
) Trial Date:       December 5, 2006
)
)
)
)

23
24
25
26
27
28

05011.001 - 136192



1    It is hereby stipulated by and between the parties through their respective
2  undersigned counsel that pursuant to Federal Rule of Civil Procedure 41(a) that
3  Defendant LOCKTON INSURANCE BROKERS OF SAN DIEGO, INC. and
4  LOCKTON COMPANIES, INC. be dismissed with prejudice from this action, each
5  party to bear their own costs and fees.

6

7  Dated: November 2, 2006              SHEPPARD MULLIN RICHTER &
8                                       HAMPTON LLP
9
10                                       By: _____
11                                            Edward D. Vogel
12                                            Shannon Z. Peterson
                                         Attorneys for Lockton Companies, Inc.
13                                       Erroneously sued as Lockton Insurance
                                         Brokers of San Diego, Inc.
14

15  Dated: November 2, 2006              CAPPELLO & NOËL LLP
16
17                                       By: _Matthew Clarke_
18                                            A. Barry Cappello
                                              Matthew M. Clarke
19                                            Dugan P. Kelley
                                         Attorneys for Michael Strauss,
20                                       The Westwind Group Holdings, Inc. and
                                         Westwind Management Company
21

22                                       **ORDER**
23
     **IT IS SO ORDERED.**
24
25  DATED: _11/06/06_                    _____
26                                       The Honorable Marilyn L. Huff
                                         UNITED STATES DISTRICT JUDGE
27

28

                                         1

*Strauss, et al. v. Sheffield Insurance Company, et al.*
**U.S.D.C. - Southern District - San Diego**
**Case No. 05 CV 1310 H (CAB)**

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF SANTA BARBARA

I am employed in the County of Santa Barbara, State of California. I am over the age of 18 and not a party to the within action; my business address is: 831 State Street, Santa Barbara, California 93101.

On November 3, 2006, I served the foregoing document described as **STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. RULE 41(a); ORDER THEREON** on the interested parties in this action

[X] by placing [ ] the original [X] a true copy thereof enclosed in sealed envelopes addressed as follows:

*See Attached Service List*

[X] by U. S. Mail. I am readily familiar with the firm's practice of collection and processing correspondence on the same day with postage thereon fully prepaid at Santa Barbara, California, in the ordinary course of business.

[X] *(FEDERAL)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed at Santa Barbara, California, on November 3, 2006.

Eleanor Henderson
TYPE OR PRINT NAME                    SIGNATURE

*Strauss, et al. v. Sheffield Insurance Company, et al.*
U.S.D.C. Case No. 05 CV 1310 H (CAB)

## SERVICE LIST

| | |
|---|---|
| Edward D. Vogel<br>Erik S. Bliss<br>Shannon Z. Peterson<br>SHEPPARD MULLIN RICHTER &<br>HAMPTON LLP<br>501 W. Broadway, 19th Floor<br>San Diego, California 92101-3598<br>Telephone: (619) 338-6500<br>Facsimile: (619) 234-3815 | **Attorneys for Defendant**<br>**LOCKTON COMPANIES, INC.**<br>**erroneously sued as LOCKTON**<br>**INSURANCE BROKERS OF SAN**<br>**DIEGO, INC.** |
| Mark E. Aronson<br>ANDERSON, MCPHARLIN &<br>CONNERS LLP<br>444 South Flower Street, 31st Floor<br>Los Angeles, California 90071-2901<br>Telephone: (213) 688-0080<br>Facsimile: (213) 622-7594 | **Attorneys for Defendant**<br>**LUMBERMEN'S MUTUAL**<br>**CASUALTY COMPANY** |
| Jean M. Lawler<br>Bryan M. Weiss<br>MURCHINSON & CUMMING<br>801 S. Grand Avenue, 9th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 623-7400<br>Facsimile: (213) 623-6336 | **Attorneys for Defendants**<br>**SHEFFIELD INSURANCE**<br>**CORPORATION AND AXIS**<br>**SURPLUS INSURANCE**<br>**COMPANY** |