MARK E. ARONSON (Bar No. 85872)
mea@amclaw.com
ANDERSON, McPHARLIN & CONNERS LLP
Thirty-First Floor
444 South Flower Street
Los Angeles, California 90071-2901
TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594

Attorneys for Defendant LUMBERMENS MUTUAL CASUALTY COMPANY

FILED
06 NOV -7 PM 12: 45
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL STRAUSS, an individual; THE WESTWIND GROUP HOLDINGS, INC., a Delaware Corporation; WESTWIND MANAGEMENT COMPANY, a Wyoming Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>SHEFFIELD INSURANCE CORPORATION, an Illinois Corporation; AXIS SURPLUS INSURANCE COMPANY, an Illinois Corporation; LUMBERMEN'S MUTUAL CASUALTY COMPANY, an Illinois Corporation; LOCKTON INSURANCE BROKERS OF SAN DIEGO, INC., a California Corporation; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 05CV 1310 H (CAB)<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. RULE 41(a); ORDER THEREON**<br><br>Discovery Cut-off: 10/6/06<br>Final Pretrial Conference: 10/23/06<br>Trial: 10/24/06 |

It is hereby stipulated by and between the parties through their respective undersigned counsel that pursuant to Federal Rule of Civil Procedure 41(a) that Defendant LUMBERMENS MUTUAL CASUALTY COMPANY be dismissed with prejudice from this action, each party to bear their own costs and fees.

///

///

IT IS SO STIPULATED. *The court dismisses the action.*

DATED: October 30, 2006         ANDERSON, McPHARLIN & CONNERS LLP

By: *[signature]*
Mark E. Aronson
Attorneys for Defendant LUMBERMENS MUTUAL CASUALTY COMPANY

DATED: Nov. 1, 2006         CAPPELLO & NOEL LLP

By: *[signature]*
A. Barry Cappello
Matthew M. Clarke
J. Toby Noblin
Attorneys for Plaintiffs MICHAEL STRAUSS, THE WESTWIND GROUP HOLDINGS, INC., and WESTWIND MANAGEMENT COMPANY

**ORDER**

IT IS SO ORDERED.

DATED: 11-6-06

*[signature]*
The Honorable Marilyn L. Huff
UNITED STATES DISTRICT JUDGE

*Strauss, et al. v. Sheffield Insurance Company, et al.*
U.S.D.C. - Southern District - San Diego
Case No. 05 CV 1310 H (CAB)

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SANTA BARBARA

I am employed in the County of Santa Barbara, State of California. I am over the age of 18 and not a party to the within action; my business address is: 831 State Street, Santa Barbara, California 93101.

On November 2, 2006, I served the foregoing document described **PROOF OF SERVICE OF STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. RULE 41(a); ORDER THEREON** on the interested parties in this action.

[X]   by placing ☐ the original ☒ a true copy thereof enclosed in sealed envelopes addressed as follows:

[X]   by California Overnight. I am readily familiar with the firm's practice of collection and processing correspondence on the same day with this courier service, for overnight delivery. The delivery fees are provided for in accordance with this firm's ordinary business practices.

[X]   *(FEDERAL)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed at Santa Barbara, California, on November 2, 2006.

__Eleanor Henderson__                    *[signature: Eleanor Henderson]*
TYPE OR PRINT NAME                          SIGNATURE

*Strauss, et al. v. Sheffield Insurance Company, et al.*
U.S.D.C. Case No. 05 CV 1310 H (CAB)

## SERVICE LIST

| | |
|---|---|
| Edward D. Vogel<br>Erik S. Bliss<br>Shannon Z. Peterson<br>SHEPPARD MULLIN RICHTER &<br>HAMPTON LLP<br>501 W. Broadway, 19th Floor<br>San Diego, California 92101-3598<br>Telephone: (619) 338-6500<br>Facsimile: (619) 234-3815 | *Attorneys for Defendant*<br>**LOCKTON COMPANIES, INC.**<br>erroneously sued as **LOCKTON INSURANCE BROKERS OF SAN DIEGO, INC.** |
| Mark E. Aronson<br>ANDERSON, MCPHARLIN &<br>CONNERS LLP<br>444 South Flower Street, 31st Floor<br>Los Angeles, California 90071-2901<br>Telephone: (213) 688-0080<br>Facsimile: (213) 622-7594 | *Attorneys for Defendant*<br>**LUMBERMEN'S MUTUAL CASUALTY COMPANY** |
| Jean M. Lawler<br>Bryan M. Weiss<br>MURCHINSON & CUMMING<br>801 S. Grand Avenue, 9th Floor<br>Los Angeles, California 90017<br>Telephone: (213) 623-7400<br>Facsimile: (213) 623-6336 | *Attorneys for Defendants*<br>**SHEFFIELD INSURANCE CORPORATION AND AXIS SURPLUS INSURANCE COMPANY** |